UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-084 (DJF)

STATE OF MINNESOTA    )
                      )  ss.
COUNTY OF HENNEPIN    )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Berger, being duly sworn, do hereby state as follows:

### INTRODUCTION & AGENT BACKGROUND

1.    I am a Special Agent (SA) with the U.S. Homeland Security Investigations, Department of Homeland Security (HSI) and have been so employed since September 2009. I am a graduate of the Federal Law Enforcement Training Center, which consisted of the Criminal Investigator Training Program, and U.S. Immigration and Customs Enforcement Special Agent Training.

2.    Prior to working with HSI, I was employed as a U.S. Customs and Border Protection Officer for approximately four years. During my career, I received training on and have conducted, and participated, in multiple investigations involving the unlawful importation and the distribution of controlled substances, the assault and hinderance of federal officers while engaged in the performance of their official duties, fraud and identity theft violations, export violations, financial crimes, illegal alien smuggling and human trafficking violations, child pornography, and various immigration

violations. During these investigations, I have conducted physical surveillance, executed arrest and search warrants, reviewed tape-recorded conversations, and personally interviewed numerous sources of information as well as confidential sources.

3.    This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Ilan WILSON-SOLER for assault of a federal officer in violation of Title 18, United States Code, Section 111(a)(1) and (b).

4.    This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, my training and experience and that of my fellow law enforcement officers, written materials, and recordings at the writing of this affidavit. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes sufficient information to establish probable cause.

## PROBABLE CAUSE

5.    On January 7, 2026, at approximately 3:00 PM, federal law enforcement officers conducted operations in and around Minneapolis and Saint Paul, within the District of Minnesota.

2

6.  During these lawful operations, federal law enforcement officials executed a probable cause arrest on a person who had used a vehicle to ram a government vehicle near Roosevelt High School in Minneapolis.

7.  A crowd then formed around federal law enforcement officers who were engaged in the probable cause arrest related to the above vehicle incident. The crowd then began to obstruct law enforcement and impede their ability to perform their duties in effectuating that arrest.

8.  One crowd member, later identified as WILSON-SOLER, exited a vehicle on the street and approached the federal officers with a large fire extinguisher. WILSON-SOLER pointed the fire extinguisher's hose at the agents and then sprayed it at them.  Afterwards, WILSON-SOLER ran away.

9.  The officers who WILSON-SOLER sprayed informed the other federal officers in the area of the fleeing suspect who ran down the street. And another federal officer (Victim 1) who was down the street ahead of WILSON-SOLER responded by exiting her vehicle to obstruct WILSON-SOLER's getaway.

10.  WILSON-SOLER continued to run at Victim 1, collided with her, and struck Victim 1 in the knee with the fire extinguisher. This caused an injury to Victim 1, which resulted in bruising and swelling.

11.  The officers eventually caught up to WILSON-SOLER and arrested him. He was ultimately released from custody.

3

## CONCLUSION

Based on the above facts, there is probable cause to believe that Defendant Ilan WILSON-SOLER, violated Title 18, United States Code, Sections 111(a)(1) and (b) by forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with federal officers designated in 18 United States Code, Section 1114 while engaged in, or on account of, the performance of their official duties, and that such acts inflicted bodily injury.

**Affiant states nothing further.**

Richard Berger
Special Agent, HSI

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 26, 2026

DULCE J. FOSTER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA