IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>Ilan Wilson-Soler, )<br>  )<br>  )<br>  Defendant, ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Douglas L. Micko<br>U.S. Magistrate Judge<br><br>Case No:  26-mj-84 (JWB/DLM)<br>Date:  March 11, 2026<br>Courthouse:  St. Paul<br>Courtroom:  6B<br>Court Reporter:  Digital Recording<br>Time Commenced: 10:03 am<br>Time Concluded:  1:10 am<br>Time in Court:  7 minutes |

APPEARANCES:

Plaintiff:  Michael Hakes-Rodriguez, Assistant U.S. Attorney
Defendant:  Patrick Cotter, CJA
Pretrial Services:

Misdemeanor Information Filed:  March 11, 2026    Offense: 18:111(a)(1) ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES

\_ Charges read into record    X Waived Reading of Charges    X Advised of Rights

on   \_ Indictment  X Information  \_ Complaint   Violation of  \_ Pre-trial Release  \_ Supervised Release

X Defendant also arraigned at this hearing, see separate arraignment minutes.

X Counsel for Government advised in accordance with the Due Process Protections Act, Pub. L. No. 116-182.

*s/CLC*
Signature of Law Clerk