UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 0:26-mj-00084 (JWB/DLM) |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Ilan Wilson-Soler | ) | **MOTION FOR A BILL OF** |
| | ) | **PARTICULARS** |
| Defendant. | ) | |

Ilan Wilson-Soler, by and through his attorney, moves this Court to Order the United States to file a Bill of Particulars.  Mr. Illan Wilson-Soler is rightfully unsure which act the Government is alleging he did that constitutes a violation of the sole Count of the information.  "A bill of particulars serves to inform the defendant of the nature of the charge against him with sufficient precision to enable him to prepare for trial, to avoid or minimize the danger of surprise at trial, and to enable him to plead his acquittal or conviction in bar of another prosecution for the same offense when the indictment is too vague or indefinite."  *United States v. Hernandez*, 299 F.3d. 984, 989-990 (8th Cir. 2002).

On the current information, read in conjunction with the previously filed felony complaint, and the Government's failure to identify in the information the alleged conduct charged in the single count information, Mr. Wilson-Soler cannot identify what conduct they claim violated the statute.  For the same reason, Mr. Wilson-Soler cannot be sure he could plead an acquittal as a bar to subsequent or reframed prosecution by the United States.  Lastly, Mr. Illan-Soler is left unable to adequately prepare for trial and is left to unfairly guess at the theory of prosecution the United States intends to present in its case-in-chief.

Respectfully submitted,

**SIEBEN & COTTER, PLLC**

Dated:  April 16, 2026                    */s/ Patrick L. Cotter*
                                          Patrick L. Cotter (#0319120)
                                          105 Hardman Court, Suite 110
                                          South St. Paul, MN 55075
                                          Phone: (651)-455-1555
                                          Fax: (651) 455-9055
                                          patrick@siebencotterlaw.com

                                          **ATTORNEYS FOR DEFENDANT
                                          ILAN WILSON-SOLER**

2