## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

                    Plaintiff,

v.

Ilan Wilson-Soler,

                    Defendant.

**COURT MINUTES**
BEFORE: DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

Case No.: 26-mj-84 (JWB/DLM)
Date: April 21, 2026
Location: St. Paul, Courtroom 6B
Court Reporter: Nancy Meyer
Time Commenced: 3:00 p.m.
Time Concluded: 3:43 p.m.
Time in Court: 43 minutes
Hearing Type: Oral Argument

---

### CRIMINAL PRETRIAL MOTIONS HEARING

**APPEARANCES:**

For the government: Richard Hoover
For Mr. Wilson-Soler: Patrick Cotter

Interpreter/Language: None

**PROCEEDINGS**:

The Court held an oral argument hearing on Mr. Wilson-Soler's pretrial motions. The government called no witnesses and offered no exhibits. Mr. Wilson-Soler called no witnesses and offered no exhibits. The Court ordered that the government's Letter to Magistrate Judge (Doc. 35) be **UNSEALED** and for the reasons stated on the record **DENIED AS MOOT** Mr. Wilson-Soler's Motion for Disclosure Pursuant to Rule 6(e) (Doc. 24). Based on the parties' representations that the requests in Mr. Wilson-Soler's Motion for Discovery and Inspection (Doc. 25) have been satisfied, the Court **DENIED THE MOTION AS MOOT**. Additionally, for the reasons stated on the record, the Court **GRANTED** Mr. Wilson-Soler's First Motion for Leave to File Late Motion (Doc. 38).

Mr. Wilson-Soler's Motion to Retain Rough Notes and Evidence (Doc. 26); Motion to Dismiss for Failure to State an Offense (Doc. 27); Motion for Order to Show Cause (Doc. 28); and Motion for Bill of Particulars (Doc. 36) will be the subject of additional briefing by the parties according to the dates below.

Mr. Wilson-Soler's post-hearing brief due: **May 19, 2026**
Government's post-hearing brief due: **June 2, 2026**

☒Order to be issued
☐No Order to be issued
☐ R&R to be issued by *
☐ No R&R to be issued
☐ Exhibits retained by the Court
☒ No exhibits retained by the Court

*AEF*
Judicial Law Clerk
